IO-IO rev
Rev 1 2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Engelhardt, Kurt D. | USDC - EDLA | 08/06/2001 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| District Judge Nominee | X Nomination, Date 08 02 /2001 <br> ___ Initial ___ Annual ___ Final | 01/01/2000 to 08/03/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| One Galleria Boulevard <br> Suite 1400 <br> Metairie, LA 70001 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Trustee | Trust No. 1 (Niece - Beneficiary) |
| 2 | Member - Board of Directors | Cancer Association of Greater New Orleans (CAGNO) |
| 3 | Partner | Hailey, McNamara, Hall, Larmann & Papale, L.L.P. |

## II. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 95-Present | Hailey, McNamara, Hall, Larmann & Papale, L.L.P. Retirement Plan (No Control) (See Sec. VII - MFS Investment Management) |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 1999 | Hailey, McNamara, Hall, Larmann & Papale, L.L.P. | $108,000.00 |
| 2 | 2000 | Hailey, McNamara, Hall, Larmann & Papale, L.L.P. | $143,000.00 |
| 3 | 2001 | Hailey, McNamara, Hall, Larmann & Papale, L.L.P. | $57,700.00 |
| 4 | 99-2001 | Waller & Associates | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CO |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | [NONE OVER $10,000.00] | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 35-54 of instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g. Dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, partial sale, merger, redemption) | if not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Minnesota Life Annuity - Index 500 | A | Interest | J | T | EXEMPT | | | | |
| 2 MFS Investment Management (Common Investment Fund) | | | | | | | | | |
| 3 - Massachusetts Investors Trust - A | B | Dividend | K | T | EXEMPT | | | | |
| 4 - MFS Total Return Fund - A | A | Dividend | J | T | EXEMPT | | | | |
| 5 - MFS Capital Opportunities Fund - A | A | Dividend | J | T | EXEMPT | | | | |
| 6 - MFS Gov't Securities Fund - A | A | Dividend | J | T | EXEMPT | | | | |
| 7 - MFS Strategic Growth Fund - A | B | Dividend | J | T | EXEMPT | | | | |
| 8 N.Y. Life Annuity | B | Interest | J | T | EXEMPT | | | | |
| 9 Trust No. 1 (Niece) | A | Dividend | K | T | EXEMPT | | | | |
| 10 - Fidelity Growth & Income (FGRIX) | | | | | | | | | |
| 11 - Fidelity Blue Chip Growth (FBGRX) | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Code: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | | T=Cash/Market |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.
*(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Engelhardt, Russ D.

Date of Report

08/06/2001

VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.
*(Indicate part of report.)*

## IX.  CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____    Date Aug 6, 2001

**Note:**    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | $40,000 | - | - | Notes payable to banks—secured | None | - | - |
| U.S. Government securities—add schedule | No | - | - | Notes payable to banks—unsecured | None | - | - |
| Listed securities—add schedule | None | - | - | Notes payable to relatives | None | - | - |
| Unlisted securities—add schedule | None | - | - | Notes payable to others | None | - | - |
| Accounts and notes receivable: | None | - | - | Accounts and bills due | | | |
| Due from relatives and friends | None | - | - | Unpaid income tax | None | - | - |
| Due from others | None | -- | - | Other unpaid tax and interest | None | - | - |
| Doubtful | None | - | - | Real estate mortgages payable—add schedule $277,000.00 | | - | - |
| Real estate owned—add schedule | $425,000.00 | - | - | Chattel mortgages and other liens payable | - | - | - |
| Real estate mortgages receivable | None | - | - | Other debts—itemize: | | | |
| Autos and other personal property | $50,000 | - | - | Monthly Expenses | $500.00/mo. | | |
| Cash value—life insurance | $ 5,900 | | | (utilities, etc.) | | | |
| Other assets—itemize: | | | | | | | |
| N.Y. Life Annuity | $15,243 | - | - | | ✓ | - | |
| MFS Investment Mgmt Mutual Fund | $40,270 | - | - | | | | |
| Minnesota Mutual IRA | $10,371 | - | - | Total liabilities $277,500.00 | | | |
| | | | | Net Worth $309,284.00 | | | |
| Total Assets $586,784.00 | | | | Total liabilities and net worth $864,284.00 | | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | None | - | - | Are any assets pledged? (Add schedule.) | No | - | - |
| On leases or contracts | None | - | - | Are you defendant in any suits or legal actions? | No | - | - |
| Legal Claims | None | - | - | Have you ever taken bankruptcy? | No | - | - |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | None | - | - | | | | |